**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

JUL 1 9 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| PETER ODIGHIZUMA, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:05-CV-00394 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| OFFICERS STROUTH AND POWER, | ) | By:   Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and

**ORDERED** that this civil rights action, pursuant to 42 U.S.C. § 1983 shall be and hereby is

**DISMISSED** without prejudice and this action is hereby stricken from the active docket of this

court.

The Clerk of the Court is directed to send a certified copy of this Order and the

accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This ___19ᵗʰ___ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE